```
DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
IVAN CASTELO-MEZA
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-cr-0045-GMN-EJY |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| IVAN CASTELO-MEZA, ) | |
| Defendant. ) | (10th Request) |

IT IS HEREBY STIPULATED by and between IVAN CASTELO-MEZA, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ, NICHOLAS A. TRUTANICH, United States Attorney, and KEVIN SCHIFF, Assistant United States Attorney, that Sentencing currently scheduled for July 8,, 2020 at 2:00 p.m. be vacated and continued to July 15th, 2020, or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. To be sentenced with his brother who is a co-defendant in the case.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

-1-

6. This is the Second request for continuance.

DATED this 2nd day of July 2020.

                                      Respectfully submitted.

                                      NICHOLAS TRUTANICH
PITARO & FUMO, CHTD.         UNITED STATES ATTORNEY


   /s/ Dustin Marcello                          /s/    Kevin Schiff
DUSTIN R MARCELLO, ESQ.        KEVIN SCHIFF, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH  ASSISTANT UNITED STATES ATTORNEY
LAS VEGAS, NEVADA 89101         501 LAS VEGAS BOULEVARD SOUTH. #1100
ATTORNEY FOR DEFENDANT          LAS VEGAS, NEVADA 89101

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
IVAN CASTELO-MEZA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00045=GMN-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| IVAN CASTELO-MEZA, | ) | |
| | ) | (2nd Request) |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and she has no objection to the continuance.

2. The parties agree to the continuance.

3. To be sentenced with his brother who is a co-defendant in the case.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the Second request for continuance.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that Sentencing currently scheduled for July 8, 2020, at 2 p.m. be continued to July 15, 2020 at 11:00 a.m. in LV Courtroom 7D before Judge Gloria M. Navarro.

DATED this ___7___ of July, 2020.

_____
U.S. DISTRICT JUDGE